

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00220-CV

**IN THE INTEREST OF J.H.L.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01904
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

For good cause, costs of appeal are assessed against the party that incurred them. *See* TEX. R. APP. P. 43.4.

It is so **ORDERED** on June 24, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle, Clerk